IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------x
In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, [1]

Debtors.

---------------------------------------------------------------------------x

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,

Plaintiff,

- against -

RECKSON AUSTRALIA PORTFOLIO CLEARING, RNY AUSTRALIA LPT CORPORATION, RECKSON ASSOCIATES REALTY CORP, RXR REALTY,

Defendants.

---------------------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)

(Jointly Administered)

Adv. Proc. No. 09-51681 (CSS)

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff, the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., in the above-captioned adversary proceeding, hereby respectfully requests that the Court immediately dismiss with prejudice the above-captioned Adversary Proceeding solely with respect to defendant Reckson Associates Realty Corp. pursuant to Bankruptcy Rule 7041 and Fed. R. Civ. P. 41(a)(1)(i).

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

871230/004-1803777.1

No answer has been filed by the Defendant.

Dated: Wilmington, Delaware
       January 5, 2010

**BLANK ROME LLP**

   */s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

    -and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Zahir A. Virani, Esq.
488 Madison Avenue
New York, NY  10022
Telephone:   (212) 478-7200
Facsimile:    (212) 478-7400

*Co-Counsel for the Official Committee of Unsecured Creditors.*