IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------x
```
| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

```
----------------------------------------------------------------x
```
| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Adv. Proc. No. 09-51681 (CSS) |
| Plaintiff, | |
| - against - | |
| RECKSON AUSTRALIA PORTFOLIO CLEARING, RNY AUSTRALIA LPT CORPORATION, RXR REALTY, | |
| Defendants. | |

```
----------------------------------------------------------------x
```

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that the above-captioned action, pursuant to Bankruptcy Rule 7041, including all claims and counter-claims shall be and hereby is dismissed with prejudice without costs to any party against the other.

This stipulation may be signed in counterparts. Facsimile signatures are deemed acceptable.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Dated: October 21, 2010

| BLANK ROME LLP | STEMPEL BENNETT CLAMAN & HOCHBERG, P.C. |
|---|---|
| By: *Victor Guilfoyle* <br> Bonnie Glantz Fatell (No. 3809) <br> David W. Carickhoff (No. 3715) <br> Victoria A. Guilfoyle (No. 5183) <br> 1201 Market Street, Suite 800 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 425-6400 <br> Facsimile: (302) 425-6464 | By: *Edmond O'Brien* <br> Edmond P. O'Brien <br> 675 Third Avenue <br> New York, NY 10017 <br> (212)681-6500 <br> <br> *Counsel for Reckson Australia Portfolio Clearing, RNY Australia LPT Corporation, and RXR Realty.* |

- and -

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Zahir A. Virani, Esq.
488 Madison Avenue
New York, New York 10022

*Co-Counsel for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc.*